AUSA:   Nicholas McIntyre            Telephone:  (313) 226-9611
AO 91 (Rev. 11/11)  Criminal Complaint        Special Agent:      Kenton Weston, ATF        Telephone:  (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
   v.

Christopher Lee Bey

Case No. Case: 2:23−mj−30302
Assigned To : Unassigned
Assign. Date : 7/24/2023
USA V. SEALED (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 14, 2023 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  July 24, 2023 _____

_____
*Judge's signature*

City and state:  Detroit, MI _____

Hon. Kimberly G. Altman, United States Magistrate
*Printed name and title*
Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1.      I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. During my employment with the ATF, I have conducted and/or participated in numerous criminal investigations focused on violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs.

2.      I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. The GVTF is tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and/or other jurisdictions in the Eastern District of Michigan. During my employment with the ATF, I have been involved in over a hundred investigations involving violent crimes, which have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over one hundred arrests.

3.     The ATF is currently conducting a criminal investigation of multi-convicted felon Christopher Lee BEY for violating 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

4.     I make this affidavit based on my participation in this investigation, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

5.     The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

## PROBABLE CAUSE

6.     Between May and July 2023, the GVTF received information from multiple sources of information (SOI) concerning BEY being a contributor to gun violence in Pontiac and Detroit, Michigan. Those SOIs provided details that were independently confirmed, and they were determined to be reliable and accurate. The SOIs provided information pertaining to BEY possessing a "Ruger 9mm", his address of 17XXX Marx, and that he has a social media presence under multiple names to include the Facebook vanity name "Richard Terrance Black".[1]

---

[1] Account number ending in 9382.

2

7.     On July 21, 2023, I observed the publicly available Facebook page of "Richard Terrance Black", that displayed multiple images of what appears to be BEY brandishing a firearm. For example, in a video uploaded on April 14, 2023, I saw a black male with similar skin tone, size and stature as BEY, wearing a tank top with a black line, a black mask with "Detroit" and "313" in white stitching, and black sunglasses. (See Images 1 and 2 below). A SOI informed law enforcement that BEY received that specific mask with "Detroit" and "313" as a gift before the video was posted, recognized the location in the video to be a bathroom at 17XXX Marx (BEY's residence), and possessed independent knowledge that BEY was the person brandishing the suspected firearm in the video.

8.     Based on the size and shape, the trigger guard, location and number of striations on the slide, the firearm appears to be a Ruger Security 9 9mm caliber pistol (hereinafter "the Ruger"). Additionally, an image of a Ruger Security 9 pistol was obtained from a publicly available website. I compared the images, and they appear to be the same (see Image 3 below).

Image 1                    Image 2                    Image 3

              

9.      Other images were publicly accessible that displayed BEY, in the

same bathroom, wearing the same mask and brandishing the Ruger. Those images

were labelled "Madly Insane", "It's a 211…", "It's a 211", and "Mask Man" (see

Images 4 and 5 below).

Image 4                                              Image 5

                                 

10.     I observed the publicly available Facebook page of "Christopher Bey".[2] The page has a profile image of BEY wearing a tank top with a black line (see Image 6 below) dated July 21, 2019. I compared Image 1 and 2 to Image 6. BEY is wearing the same tank top with a black line. BEY is taking a "selfie" in video in Images 1 and 2 and, as a result, the location of the black line is reversed.

<u>Image 6</u>                    <u>Image 1</u>            <u>Image 2</u>

  

11.     Between June and July 2023, the GVTF obtained a state search warrant to obtain live location data for BEY's cellular device with the call number ending in "8114". On July 12, 2023, while conducting surveillance of BEY, I observed BEY produce two cellular phones from his pockets, holding a phone in each hand. The monitored ping data reflected BEY's observed movements.

---

[2] Account number ending in 6665.

5

12.     I observed BEY's cellular device historical location data and noted between April 6 to April 30, 2023, the monitored cellular device did not leave the Eastern District of Michigan.

13.     I know that BEY's registered address with Michigan Secretary of State is 17XXX Marx. A search of the database, Accurint, revealed BEY's address is 17XXX Marx. I reviewed BEY's Michigan Department of Health and Human Services (MDHHS) assistance information. The information revealed BEY's only registered address has been 17XXX Marx since March 2022.

14.     BEY is a convicted felon and has spent over 20 years incarcerated in the state relating to the following convictions:

a.     May 14, 1993, Michigan's 16th Circuit Court, BEY pleaded guilty to felony Carrying a Concealed Weapon;

b.     January 24, 1994, Michigan's 4th Circuit Court, BEY pleaded guilty to felony Carrying a Concealed Weapon and felony Habitual Offender; and

c.     June 7, 1999, Michigan's 6th Circuit Court, BEY pleaded guilty to felony Possession of a Controlled Substance Less than 50 grams, Felony Firearm, and felony Weapons Short Barreled Shotgun.

6

15.     According to Michigan Department of Corrections (MDOC) records, BEY served approximately nineteen years and nine months in prison between May 10, 1999 and February 16, 2019. During that time, he incurred 242 documented misconducts. His maximum term of incarceration for the 1999 Oakland County convictions was twenty years.

16.     Per Ruger's website, this firearm was released to the public on or about December 2017.[3] Per MDOC, BEY was incarcerated during the release of the Ruger Security 9. Therefore, he had to possess the firearm after his release from MDOC when he undoubtedly knew he was a felon.

17.     The barrel gauge of the Ruger in the video is inconsistent with an airsoft or bb replica firearm and consistent with the actual Ruger manufactured Security-9 firearm. I conducted research related to a replica Ruger Security 9 pistol. The only known Ruger licensed replica, the airsoft gun is the "P345", does not resemble the firearm brandished in the video.

18.     Due to the fact that BEY is a convicted felon, he is prohibited from possessing, purchasing, and manufacturing firearms.

19.     On July 21, 2023, I contacted Special Agent Kara Klupacs, an ATF Interstate Nexus Expert, and provided a verbal description of the suspected firearm in BEY's hand. Based upon the description, Special Agent Klupacs

---

[3] https://ruger.com/news/2017-12-22.html (last viewed July 23, 2023).

advised that the described firearm is a firearm as defined under 18 U.S.C. § 921.

She also advised that Ruger Security 9 9mm pistols are manufactured outside of

the state of Michigan after 1898 and therefore had affected interstate commerce.

## **CONCLUSION**

20.    Probable cause exists that, on or about April 14, 2023, within the

Eastern District of Michigan, Christopher Lee BEY, who knew he was a convicted

felon, knowingly possessed a firearm, which had traveled in interstate commerce,

in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Date: July 24, 2023

8